**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 17 2025

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § |
| JAMES LAEL JENSEN<br>MAXWELL STERLING JENSEN<br>  a/k/a "Max"<br>KELLY ANNE JENSEN<br>ZACHARY GOLDEN JENSEN | § § § § § |

CRIMINAL NO. B-25-257

## MOTION TO SEAL INDICTMENT & REQUEST TO ENTER WARRANT OF ARREST FOR LIMITED LAW ENFORCEMENT PURPOSE INTO NCIC

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas, by and through Lance Watt, Assistant United States Attorney, and files this its Motion to Seal the Indictment and its request to enter the warrant into NCIC and to seal this motion and order, and respectfully would show unto the Court as follows:

The defendants are un-arrested. The United States requests that this Honorable Court Seal the above-captioned indictment and to seal this motion and order.

The United States further requests that this Honorable Court allow the United States Marshal Service to enter the warrant in this cause pertaining to Defendants, **JAMES LAEL JENSEN, MAXWELL STERLING JENSEN a/k/a "Max", KELLY ANNE JENSEN, and ZACHARY GOLDEN JENSEN**, into the National Crime Information Computer (NCIC) upon the oral or written request of any United States Attorney for the

Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED, the United States hereby prays that its motion in all matters be granted.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

LANCE WATT
Assistant United States Attorney
Federal Bar No. 606949
State Bar No. 24037681
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
(361) 888-3111